**898** <span style="font-variant: small-caps;">Cases Reported with Brief Syllabi.</span>

BARNEY WEISSMAN and HEIMAN FELDHEIM, Respondents, v. ELIAS A. KAMENETZKY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JAMES J. McGUIRE and Others, Respondents, v. JOHN J. McGUIRE and ANNA McGUIRE, Appellants.— Motion to resettle order granted, without costs, and order signed. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.

HARRY BERNSTEIN, Respondent, v. GEORGE ORLEVITCH and Others, Appellants, (Appeal No. 1.) — Order affirmed, without costs. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

HARRY BERNSTEIN, Respondent, v. GEORGE ORLEVITCH and Others, Appellants. (Appeal No. 2.) — Order affirmed, without costs, and without prejudice to the right of defendants, appellants, to submit requests to find, as suggested in the opinion of the learned justice at Special Term. [See N. Y. L. J. Oct. 30, 1922.] Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

BRONUS BOTIRUS, an Infant, by VINCENT BOTIRUS, His Guardian ad Litem, Appellant, v. NEW YORK BOTTLE BOX COMPANY, Respondent.— Judgment reversed on the law, and new trial granted, with costs to appellant to abide the event. The proof submitted by the plaintiff made out a *prima facie* case which called for a submission to the jury. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

GEORGE STEWART CASH, Respondent, v. RYEGATE HOMES, INC., Appellant.— Judgment modified by striking therefrom the provision requiring that the conveyance be by warranty deed, and substituting in place thereof that it be by deed containing the usual covenants against grantor; and modified by also striking therefrom the provision allowing plaintiff the interest on $450 from June 25, 1921; and as so modified judgment unanimously affirmed, without costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

COLLECTION COMPANY, INC., Appellant, v. NORTH McLEAN, Appellant.— Order modified by restoring " Third " and " Sixth " defenses to the amended answer; and as so modified affirmed, without costs. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

HENRY CONTE, Respondent, v. WESTCOTT EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

JESSIE COVERT, Respondent, v. SAMUEL DREYER, Appellant, Impleaded with MARSHALL GIBSON, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

MOLLIE DOGIN, Respondent, v. BREINE GERZOVSKY and Others, Defendants. ALTE LAPAIDUS and Others, Substituted Defendants, Appellants.— Order modified by adding thereto the following clause: " Provided, however, that the appellants may submit such further evidence before the trial judge as they may be advised, upon a date to be fixed by him;" and as so modified affirmed, without costs. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

LUCY DYLNIKI, an Infant, by HUGO DYLNIKI, Her Guardian ad Litem, Respondent, v. JOHN R. DOSCHER and HENRY C. DOSCHER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

HUGO DYLNIKI, Respondent, v. JOHN R. DOSCHER and HENRY C. DOSCHER,